UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MABEL AMPONSAH,

    Plaintiff,                                  Case No. 17-cv-13531
                                                          Hon. Matthew F. Leitman

v.

RANDALL,

    Defendant.

_____/

## ORDER DENYING REQUEST TO RE-OPEN CASE (ECF #8)

On October 30, 2017, Plaintiff Mabel Amponsah filed this civil action in which she asserted claims against a police officer named Randall. (*See* Complaint, ECF #1.) On November 13, 2017, the Court entered an order in which it summarily dismissed the Complaint without prejudice (the "Dismissal Order"). (*See* ECF #5.) On November 22, 2017, Amponsah filed a motion for reconsideration or a motion to re-open the case and for leave to file an amended complaint. (*See* ECF #6.) On November 29, 2017, the Court entered an order denying Amponsah's motion for reconsideration or request re-open the case and file an amended complaint. (*See* ECF #7.) Amponsah has now filed another request to re-open the case. (*See* ECF #8.)

**IT IS HEREBY ORDERED** that Amponsah's second request to re-open the case (ECF #8) is **DENIED** because Amponsah has still not cured the deficiencies in her original Complaint that the Court identified in the Dismissal Order. (*See* ECF #5.)

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 2, 2018


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 2, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
